**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **CCI Holdings Group, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **84-3915953** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2451 N. McMullen Booth Rd. Ste. 241 Clearwater, FL 33759** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Pinellas** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **www.cciconcrete.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | CCI Holdings Group, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

\_\_\_\_

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check* ***all*** *that apply:*

　■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

Debtor    **CCI Holdings Group, LLC**                                      Case number (*if known*) _____
       Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    ■ No
    ☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor _____ | | Relationship _____ | |
| District _____ | When _____ | Case number, if known _____ | |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
    ■ No
    ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                   Number, Street, City, State & ZIP Code

**Is the property insured?**
    ☐ No
    ☐ Yes.  Insurance agency _____
              Contact name _____
              Phone _____

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **CCI Holdings Group, LLC**                                    Case number (*if known*) _____
          Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million       ☐ More than $50 billion

Debtor   **CCI Holdings Group, LLC**                                                Case number (*if known*)
      Name

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 14, 2023**
              MM / DD / YYYY

**X /s/ Petar J. Pitesa**                                     **Petar J. Pitesa**
Signature of authorized representative of debtor           Printed name

Title   **Authorized Member**

---

**18. Signature of attorney**

**X /s/ Buddy D. Ford, Esquire**                Date  **July 14, 2023**
Signature of attorney for debtor                          MM / DD / YYYY

**Buddy D. Ford, Esquire 0654711**
Printed name

**Buddy D. Ford, P.A.**
Firm name

**9301 West Hillsborough Avenue**
**Tampa, FL 33615-3008**
Number, Street, City, State & ZIP Code

Contact phone   **(813)877-4669**       Email address   **All@tampaesq.com**

**0654711 FL**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name     **CCI Holdings Group, LLC**

United States Bankruptcy Court for the:     MIDDLE DISTRICT OF FLORIDA

Case number (if known)     _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **July 14, 2023**          X */s/ Petar J. Pitesa*
                                          Signature of individual signing on behalf of debtor

                                          **Petar J. Pitesa**
                                          Printed name

                                          **Authorized Member**
                                          Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **CCI Holdings Group, LLC** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Vox Funding 14 E 44th St 4th Floor New York, NY 10017** | | Loan | | | | $324,843.71 |
| **Argos Concrete 3015 Windward Plaza Ste. 300 Alpharetta, GA 30005** | | Services | | | | $250,000.00 |
| **Rod Stohler 16220 Sierra de Avila Tampa, FL 33613** | | Accounts Receivable; Hollander SKid Steer; electronics, comouters, mobile phones | | $300,000.00 | $137,995.73 | $162,004.27 |
| **Shine Capital Group, LLC 124 Grove Ave Unit 309 Cedarhurst, NY 11516** | | Loan | | | | $118,400.00 |
| **Billd Exchange, LLC c/o Christopher A. Staine P. O. Box 49948 Sarasota, FL 34230** | | Services | | | | $70,000.00 |
| **Sunstate Equipment Co. 5552 E. Washington St. Phoenix, AZ 85034** | | Services | | | | $55,659.02 |
| **Diesel Funding, LLC 1100 NE 163rd St. Miami, FL 33162** | | Services | | | | $47,000.00 |

| Debtor | **CCI Holdings Group, LLC** | | Case number *(if known)* | |
|--|--|--|--|--|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|--|--|--|--|--|--|--|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **MacDill Property Group, LLC c/o Gregg Hutt, Esq. 101 E. Kennedy Blvd. Ste. 2700 Tampa, FL 33602** | | **Lawsuit Plaintiff** | | | | **$35,000.00** |
| **FTC Advance 42 Broadway New York, NY 10004** | | **Loan** | | | | **$31,000.00** |
| **Putnam Advance 281 Tresser Blvd. Stamford, CT 06901** | | **Services** | | | | **$27,500.00** |
| **Fundbox 6900 Dallas Parkway Suite 700 Plano, TX 75024** | | **Loan** | | | | **$27,444.67** |
| **Gillman Services P. O. Box 823461 Philadelphia, PA 19182-3461** | | **Services Case #04313462** | | | | **$19,541.79** |
| **WhiteCap P. O. Box 4944 Orlando, FL 32802-4944** | | **Services** | | | | **$8,900.00** |
| **Mark Cunningham 4860 110th Street North Saint Petersburg, FL 33708** | | **Pending Lawsuit 23-004836-SC** | | | | **$8,780.00** |
| **Carol Winchester 6074 17th Ave. North Saint Petersburg, FL 33710** | | **Refund Due** | | | | **$6,000.00** |
| **Arco Murray Construction c/o Michael P. Benson, Esq. 10 S. Brodway Ste 2000 Saint Louis, MO 63102** | | **Arbitration 01-22-0004-5739** | | | | **$0.00** |
| **Corporation Serivce Company P.O. Box 2576 Springfield, IL 62708** | | **90 days or less: Accounts Receivable** | | **Unknown** | **$137,995.73** | **Unknown** |
| **Corporation Serivce Company P.O. Box 2576 Springfield, IL 62708** | | **90 days or less: Accounts Receivable** | | **Unknown** | **$137,995.73** | **Unknown** |

Debtor   **CCI Holdings Group, LLC**                                    Case number *(if known)* _____
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Corporation Serivce Company P.O. Box 2576 Springfield, IL 62708** | | **90 days or less: Accounts Receivable** | | **Unknown** | **$137,995.73** | **Unknown** |
| **CT Corporation System 330 N Brand Blvd., Ste 700 ATTN SPRS Glendale, CA 91203** | | **Over 90 days old: Accounts Receivable** | | **Unknown** | **$35,105.91** | **Unknown** |

**Fill in this information to identify the case:**

Debtor name    **CCI Holdings Group, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

     **1a. Real property:**
     Copy line 88 from *Schedule A/B*.............................................................................................   $      **0.00**

     **1b. Total personal property:**
     Copy line 91A from *Schedule A/B*..........................................................................................   $      **786,813.81**

     **1c. Total of all property:**
     Copy line 92 from *Schedule A/B*............................................................................................   $      **786,813.81**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $      **300,000.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

     **3a. Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................   $      **0.00**

     **3b. Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................   +$      **1,030,069.19**

4. Total liabilities ......................................................................................................................
     Lines 2 + 3a + 3b      $      **1,330,069.19**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **CCI Holdings Group, LLC**

United States Bankruptcy Court for the:   **MIDDLE DISTRICT OF FLORIDA**

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo Bank** | **Checking** | **4844** | $22,567.30 |
| 3.2. | **Wells Fargo** | **Checking** | **1371** | $0.00 |
| 3.3. | **Wells Fargo** | **Checking** | **4777** | $6,350.00 |
| 3.4. | **Flagship Bank** | **Checking** | **9970** | $6,468.59 |
| 3.5. | **Flagship Bank** | **Money Market** | | $4,000.00 |
| 3.6. | **Flagship Bank** | **CD** | | $60,326.28 |

Debtor    **CCI Holdings Group, LLC**          Case number *(If known)* _____
          Name

3.7.   **Square Account**                                                          **$12,800.00**

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**                                                        **$112,512.17**
        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.     **Accounts receivable**

11a. 90 days old or less:        **137,995.73**       -        **0.00**       = ....       **$137,995.73**
                             face amount                 doubtful or uncollectible accounts

11b. Over 90 days old:            **35,105.91**       -        **0.00**       =....        **$35,105.91**
                             face amount                 doubtful or uncollectible accounts

12.     **Total of Part 3.**                                                        **$173,101.64**
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

Debtor    **CCI Holdings Group, LLC**                                        Case number *(If known)* _____
          Name

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **(2) Desks and (2) Office Chairs** | **$0.00** | | **$1,000.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Epson Printer; (3) Laptops; (3) Desktop Computers and (6) Phones** | **$0.00** | | **$6,000.00** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | **$7,000.00** |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **New Hollander Skid Steer Bobcat** | **$0.00** | | **$19,000.00** |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

| | **$19,000.00** |
|---|---|

Debtor    **CCI Holdings Group, LLC**        Case number *(If known)* _____
       Name

**52.**    **Is a depreciation schedule available for any of the property listed in Part 8?**
     ■ No
     ☐ Yes

**53.**    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

   ■ No. Go to Part 10.
   ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No. Go to Part 11.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.**   **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.**   **Internet domain names and websites** www.cciconcrete.com | $0.00 | | Unknown |
| **62.**   **Licenses, franchises, and royalties** | | | |
| **63.**   **Customer lists, mailing lists, or other compilations** | | | |
| **64.**   **Other intangibles, or intellectual property** 25% Intereest in Bluepoint Living | $0.00 | | $150,000.00 |
|     **Marketing Company Credit** | $0.00 | | $6,200.00 |
| **65.**   **Goodwill** | | | |

**66.**   **Total of Part 10.**

| | $156,200.00 |
|---|---|

Add lines 60 through 65. Copy the total to line 89.

**67.**    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
     ■ No
     ☐ Yes

**68.**    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
     ■ No
     ☐ Yes

**69.**    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**

| Debtor | __CCI Holdings Group, LLC__ | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|

**71.** **Notes receivable**
Description (include name of obligor)

**72.** **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**73.** **Interests in insurance policies or annuities**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| **Cause of Action against Arco Murray Construction** | | $319,000.00 |
|---|---|---|
| **Nature of claim** | | |
| **Amount requested** | $0.00 | |

| **Cause of Action against Corporate Client Services** | | $0.00 |
|---|---|---|
| **Nature of claim** | | |
| **Amount requested** | $0.00 | |

**76.** **Trusts, equitable or future interests in property**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78.** **Total of Part 11.** | | | $319,000.00 |

Add lines 71 through 77. Copy the total to line 90.

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    **CCI Holdings Group, LLC**                                    Case number *(If known)* _____
            Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $112,512.17 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $173,101.64 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $7,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $19,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $156,200.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $319,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $786,813.81 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $786,813.81 |

Debtor name    **CCI Holdings Group, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                  12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **Corporation Serivce Company**<br>Creditor's Name<br><br>**P.O. Box 2576**<br>**Springfield, IL 62708**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. Corporation Serivce Company**<br>**2. Corporation Serivce Company**<br>**3. Corporation Serivce Company**<br>**4. CT Corporation System**<br>**5. CT Corporation System, as**<br>**6. Rod Stohler** | Describe debtor's property that is subject to a lien<br>**90 days or less: Accounts Receivable**<br><br><br><br>Describe the lien<br>**UCC-1**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$137,995.73** |

| 2.2 | **Corporation Serivce Company**<br>Creditor's Name<br><br>**P.O. Box 2576**<br>**Springfield, IL 62708**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**90 days or less: Accounts Receivable**<br><br><br>Describe the lien<br>**UCC-1** | **Unknown** | **$137,995.73** |

| Debtor | CCI Holdings Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

---

| 2.3 | **Corporation Serivce Company** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$137,995.73** |
|---|---|---|---|---|
| | Creditor's Name | **90 days or less: Accounts Receivable** | | |

**P.O. Box 2576
Springfield, IL 62708**

Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

---

| 2.4 | **CT Corporation System** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$35,105.91** |
|---|---|---|---|---|
| | Creditor's Name | **Over 90 days old: Accounts Receivable** | | |

**330 N Brand Blvd., Ste 700
ATTN SPRS
Glendale, CA 91203**

Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| Debtor | CCI Holdings Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.5** | **CT Corporation System**
Creditor's Name

**330 N Brand Blvd., Ste 700
ATTN SPRS
Glendale, CA 91203**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

Describe debtor's property that is subject to a lien
**90 days or less: Accounts Receivable**

Describe the lien
**UCC-1**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** | **$137,995.73**

---

**2.6** | **CT Corporation System, as**
Creditor's Name

**Representative
330 N. Brand Blvd., Ste. 700
Glendale, CA 91203**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

Describe debtor's property that is subject to a lien
**90 days or less: Accounts Receivable**

Describe the lien
**UCC-1**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** | **$137,995.73**

---

**2.7** | **Rod Stohler**
Creditor's Name

**16220 Sierra de Avila
Tampa, FL 33613**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**5/15/23**
**Last 4 digits of account number**

Describe debtor's property that is subject to a lien
**Accounts Receivable;  Hollander SKid Steer;
electronics, comouters, mobile phones**

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**$300,000.00** | **$137,995.73**

---

Debtor   **CCI Holdings Group, LLC**
_____
Name

Case number (if known) _____

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | **$300,000.00** |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name __CCI Holdings Group, LLC__

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF FLORIDA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Arco Murray Construction**
**c/o Michael P. Benson, Esq.**
**10 S. Brodway Ste 2000**
**Saint Louis, MO 63102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Arbitration__
__01-22-0004-5739__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250,000.00** |
|---|---|---|---|

**Argos Concrete**
**3015 Windward Plaza**
**Ste. 300**
**Alpharetta, GA 30005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Services__

Last 4 digits of account number  __9802__

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$70,000.00** |
|---|---|---|---|

**Billd Exchange, LLC**
**c/o Christopher A. Staine**
**P. O. Box 49948**
**Sarasota, FL 34230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,000.00** |
|---|---|---|---|

**Carol Winchester**
**6074 17th Ave. North**
**Saint Petersburg, FL 33710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Refund Due__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **CCI Holdings Group, LLC**      Case number *(if known)* _____
     Name

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $47,000.00 |
|---|---|---|---|

**Diesel Funding, LLC**
**1100 NE 163rd St.**
**Miami, FL 33162**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,000.00 |
|---|---|---|---|

**FTC Advance**
**42 Broadway**
**New York, NY 10004**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Loan__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,444.67 |
|---|---|---|---|

**Fundbox**
**6900 Dallas Parkway**
**Suite 700**
**Plano, TX 75024**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Loan__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,541.79 |
|---|---|---|---|

**Gillman Services**
**P. O. Box 823461**
**Philadelphia, PA 19182-3461**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Services__
__Case #04313462__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35,000.00 |
|---|---|---|---|

**MacDill Property Group, LLC**
**c/o Gregg Hutt, Esq.**
**101 E. Kennedy Blvd.**
**Ste. 2700**
**Tampa, FL 33602**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lawsuit Plaintiff__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,780.00 |
|---|---|---|---|

**Mark Cunningham**
**4860 110th Street North**
**Saint Petersburg, FL 33708**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Pending Lawsuit__
__23-004836-SC__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,500.00 |
|---|---|---|---|

**Putnam Advance**
**281 Tresser Blvd.**
**Stamford, CT 06901**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **CCI Holdings Group, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$118,400.00** |
|---|---|---|---|
| | **Shine Capital Group, LLC**<br>**124 Grove Ave Unit 309**<br>**Cedarhurst, NY 11516** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Loan** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$55,659.02** |
|---|---|---|---|
| | **Sunstate Equipment Co.**<br>**5552 E. Washington St.**<br>**Phoenix, AZ 85034** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Services** | |
| | Last 4 digits of account number  **1285** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$324,843.71** |
|---|---|---|---|
| | **Vox Funding**<br>**14 E 44th St 4th Floor**<br>**New York, NY 10017** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Loan** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,900.00** |
|---|---|---|---|
| | **WhiteCap**<br>**P. O. Box 4944**<br>**Orlando, FL 32802-4944** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Services** | |
| | Last 4 digits of account number  **8528** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Yes Capital**<br>**c/o Isaac H. Greenfield, Esq**<br>**2 Executive Blvd.**<br>**Ste. 305**<br>**Suffern, NY 10901** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Loan** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **David Fogel, P. C.**<br>**1225 Franklin Ave.**<br>**Ste. 201**<br>**Garden City, NY 11530** | Line  **3.12**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Don Leviton, Esq.**<br>**One Pierce Place**<br>**Ste. 725 W**<br>**Itasca, IL 60143** | Line  **3.8**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **CCI Holdings Group, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.3 | **Isaac H. Greenfield, Esq.**<br>**2 Executive Blvd.**<br>**Ste. 305**<br>**Suffern, NY 10901** | Line **3.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Jeffrey Stringer, Esq.**<br>**639 Whitlock Ave. SW**<br>**Marietta, GA 30064** | Line **3.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Todd F. Kobrin, Esq.**<br>**300 S. Orange Ave.**<br>**Ste. 1600**<br>**Orlando, FL 32801** | Line **3.15**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Yonatan Klestzick, Esq.**<br>**71 S. Central Ave.**<br>**2nd Floor**<br>**Valley Stream, NY 11580** | Line **3.14**<br><br>☐ Not listed. Explain ____ | _ |

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,030,069.19 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,030,069.19 |

**Fill in this information to identify the case:**

Debtor name      **CCI Holdings Group, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Office lease located at Oakbrook Tower, 2451 McMullen Booth Rd., Clearwater, FL 33759** |
| State the term remaining | **2 Months** |
| | **National Properties Trust** |
| List the contract number of any government contract | **2645 McMullen Booth Rd.** |
| | **Clearwater, FL 33759** |

**Fill in this information to identify the case:**

Debtor name    **CCI Holdings Group, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                           12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Petar Pitesa** | **2451 N. McMullen Booth Rd. Ste. 241 Clearwater, FL 33759** | **Argos Concrete** | ☐ D _____<br>■ E/F __3.2__<br>☐ G _____ |
| 2.2 | **Petar Pitesa** | **2451 N. McMullen Booth Rd. Ste. 241 Clearwater, FL 33759** | **Billd Exchange, LLC** | ☐ D _____<br>■ E/F __3.3__<br>☐ G _____ |
| 2.3 | **Petar Pitesa** | **2451 N. McMullen Booth Rd. Ste. 241 Clearwater, FL 33759** | **Corporation Serivce Company** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Petar Pitesa** | **2451 N. McMullen Booth Rd. Ste. 241 Clearwater, FL 33759** | **Corporation Serivce Company** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Petar Pitesa** | **2451 N. McMullen Booth Rd. Ste. 241 Clearwater, FL 33759** | **Corporation Serivce Company** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |

Debtor   **CCI Holdings Group, LLC**                      Case number *(if known)* _____

| | Additional Page to List More Codebtors |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | **Petar Pitesa** **2451 N. McMullen Booth Rd. Ste. 241** **Clearwater, FL 33759** | **CT Corporation System** | ■ D ___2.4___ ☐ E/F _____ ☐ G _____ |
| 2.7 | **Petar Pitesa** **2451 N. McMullen Booth Rd. Ste. 241** **Clearwater, FL 33759** | **CT Corporation System** | ■ D ___2.5___ ☐ E/F _____ ☐ G _____ |
| 2.8 | **Petar Pitesa** **2451 N. McMullen Booth Rd. Ste. 241** **Clearwater, FL 33759** | **CT Corporation System, as** | ■ D ___2.6___ ☐ E/F _____ ☐ G _____ |
| 2.9 | **Petar Pitesa** **2451 N. McMullen Booth Rd. Ste. 241** **Clearwater, FL 33759** | **Diesel Funding, LLC** | ☐ D _____ ■ E/F ___3.5___ ☐ G _____ |
| 2.10 | **Petar Pitesa** **2451 N. McMullen Booth Rd. Ste. 241** **Clearwater, FL 33759** | **Fundbox** | ☐ D _____ ■ E/F ___3.7___ ☐ G _____ |
| 2.11 | **Petar Pitesa** **2451 N. McMullen Booth Rd. Ste. 241** **Clearwater, FL 33759** | **Gillman Services** | ☐ D _____ ■ E/F ___3.8___ ☐ G _____ |
| 2.12 | **Petar Pitesa** **2451 N. McMullen Booth Rd. Ste. 241** **Clearwater, FL 33759** | **MacDill Property Group, LLC** | ☐ D _____ ■ E/F ___3.9___ ☐ G _____ |
| 2.13 | **Petar Pitesa** **2451 N. McMullen Booth Rd. Ste. 241** **Clearwater, FL 33759** | **Putnam Advance** | ☐ D _____ ■ E/F ___3.11___ ☐ G _____ |

| Debtor | **CCI Holdings Group, LLC** | Case number *(if known)* | |

| | **Additional Page to List More Codebtors** |
| | Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page. |
| | *Column 1:* **Codebtor** | *Column 2:* **Creditor** | |

| 2.14 | **Petar Pitesa** | **2451 N. McMullen Booth Rd. Ste. 241 Clearwater, FL 33759** | **Shine Capital Group, LLC** | ☐ D _____ ■ E/F **3.12** ☐ G _____ |
| 2.15 | **Petar Pitesa** | **2451 N. McMullen Booth Rd. Ste. 241 Clearwater, FL 33759** | **Vox Funding** | ☐ D _____ ■ E/F **3.14** ☐ G _____ |
| 2.16 | **Petar Pitesa** | **2451 N. McMullen Booth Rd. Ste. 241 Clearwater, FL 33759** | **WhiteCap** | ☐ D _____ ■ E/F **3.15** ☐ G _____ |
| 2.17 | **Petar Pitesa** | **2451 N. McMullen Booth Rd. Ste. 241 Clearwater, FL 33759** | **Yes Capital** | ☐ D _____ ■ E/F **3.16** ☐ G _____ |

# United States Bankruptcy Court
## Middle District of Florida

In re   **CCI Holdings Group, LLC**                                 Case No. _____

                                             Debtor(s)         Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Petar J. Pitesa**<br>**3000 Gulf to Bay Blvd., Suite 305**<br>**Clearwater, FL 33759** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Authorized Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **July 14, 2023**                  Signature  **/s/ Petar J. Pitesa**

                                                                            **Petar J. Pitesa**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## United States Bankruptcy Court
### Middle District of Florida

In re    **CCI Holdings Group, LLC**

Case No. _____

Debtor(s)

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **July 14, 2023**

**/s/ Petar J. Pitesa**

**Petar J. Pitesa/Authorized Member**
Signer/Title

CCI Holdings Group, LLC
2451 N. McMullen Booth Rd. Ste. 241
Clearwater, FL 33759

Buddy D. Ford, Esquire
Buddy D. Ford, P.A.
9301 West Hillsborough Avenue
Tampa, FL 33615-3008

Arco Murray Construction
c/o Michael P. Benson, Esq.
10 S. Brodway Ste 2000
Saint Louis, MO 63102

Argos Concrete
3015 Windward Plaza
Ste. 300
Alpharetta, GA 30005

Billd Exchange, LLC
c/o Christopher A. Staine
P. O. Box 49948
Sarasota, FL 34230

Carol Winchester
6074 17th Ave. North
Saint Petersburg, FL 33710

Corporation Serivce Company
P.O. Box 2576
Springfield, IL 62708

CT Corporation System
330 N Brand Blvd., Ste 700
ATTN SPRS
Glendale, CA 91203

CT Corporation System, as
Representative
330 N. Brand Blvd., Ste. 700
Glendale, CA 91203

David Fogel, P. C.
1225 Franklin Ave.
Ste. 201
Garden City, NY 11530

Diesel Funding, LLC
1100 NE 163rd St.
Miami, FL 33162

Don Leviton, Esq.
One Pierce Place
Ste. 725 W
Itasca, IL 60143

FTC Advance
42 Broadway
New York, NY 10004

Fundbox
6900 Dallas Parkway
Suite 700
Plano, TX 75024

Gillman Services
P. O. Box 823461
Philadelphia, PA 19182-3461

Isaac H. Greenfield, Esq.
2 Executive Blvd.
Ste. 305
Suffern, NY 10901

Jeffrey Stringer, Esq.
639 Whitlock Ave. SW
Marietta, GA 30064

MacDill Property Group, LLC
c/o Gregg Hutt, Esq.
101 E. Kennedy Blvd.
Ste. 2700
Tampa, FL 33602

Mark Cunningham
4860 110th Street North
Saint Petersburg, FL 33708

Putnam Advance
281 Tresser Blvd.
Stamford, CT 06901

Rod Stohler
16220 Sierra de Avila
Tampa, FL 33613

Shine Capital Group, LLC
124 Grove Ave Unit 309
Cedarhurst, NY 11516

Sunstate Equipment Co.
5552 E. Washington St.
Phoenix, AZ 85034

Todd F. Kobrin, Esq.
300 S. Orange Ave.
Ste. 1600
Orlando, FL 32801

Vox Funding
14 E 44th St 4th Floor
New York, NY 10017

WhiteCap
P. O. Box 4944
Orlando, FL 32802-4944

Yes Capital
c/o Isaac H. Greenfield, Esq
2 Executive Blvd.
Ste. 305
Suffern, NY 10901

Yonatan  Klestzick,  Esq.
71  S.  Central  Ave.
2nd  Floor
Valley Stream, NY 11580

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re  **CCI Holdings Group, LLC**                          Case No.

                                            Debtor(s)          Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **15,000.00** |
| Prior to the filing of this statement I have received | $ | **15,000.00** |
| Balance Due | $ | **0.00** |

2.   $  **1,738.00**  of the filing fee has been paid.

3.   The source of the compensation paid to me was:

      ■ Debtor     ☐ Other (specify):

4.   The source of compensation to be paid to me is:

      ■ Debtor     ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**July 14, 2023**
*Date*

**/s/ Buddy D. Ford, Esquire**
**Buddy D. Ford, Esquire 0654711**
*Signature of Attorney*
**Buddy D. Ford, P.A.**
**9301 West Hillsborough Avenue**
**Tampa, FL 33615-3008**
**(813)877-4669  Fax: (813)877-5543**
**All@tampaesq.com**
*Name of law firm*

# United States Bankruptcy Court
## Middle District of Florida

In re   **CCI Holdings Group, LLC**

Debtor(s)

Case No.

Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **CCI Holdings Group, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July 14, 2023**

Date

**/s/ Buddy D. Ford, Esquire**

**Buddy D. Ford, Esquire 0654711**

Signature of Attorney or Litigant

Counsel for   **CCI Holdings Group, LLC**

**Buddy D. Ford, P.A.**

**9301 West Hillsborough Avenue**
**Tampa, FL 33615-3008**
**(813)877-4669 Fax:(813)877-5543**
**All@tampaesq.com**